**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

G.G.,

        Plaintiff(s),

    vs.

CORECIVIC, INC. et al.,

        Defendant(s).

Case #2:25-cv-00275-RFB-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Alana L. McMains_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

McMains Law, APC
(firm name)

with offices at _____402 W. Broadway Ste. 400_____,
(street address)

____San Diego____, ____California____, ____92101____,
(city)        (state)        (zip code)

____619-615-4229____, ____alana@mcmainslaw.com____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____G.G.____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____12/04/2012_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____California_____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District of California | 12/2012 | 285942 |
| Northern District of California | 01/2022 | 285942 |
| Central District of California | 04/2020 | 285942 |
| Ninth Circuit Court of Appeals | 10/2014 | 285942 |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

San Diego County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                   )
COUNTY OF _____San Diego_____ )

_____Alana L. McMains_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__19__ day of __Feb_____, __2025__.

_____
Notary Public or Clerk of Court

VICKI COLLO
Notary Public - California
San Diego County
Commission # 2375588
My Comm. Expires Sep 19, 2025

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Christian M. Morris_____,
                                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Christian Morris Trial Attorneys 2250 Corporate Circle Suite 390_____,
                                (street address)

_____Henderson_____, _____Nevada_____, _____89074_____,
        (city)                      (state)              (zip code)

_____702-434-8282_____, _____christian@cmtrialattorneys.com_____.
(area code + telephone number)            (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Christian M. Morris_____ as
(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

/s/ G.G.
_____
(party's signature)

G.G.
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*Christian Morris*
_____
Designated Resident Nevada Counsel's signature

11218                              christian@cmtrialattorneys.com
_____
Bar number                         Email address

APPROVED:

Dated: this __27th__ day of __February_____, 20_25_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

February 19, 2025

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALANA B. MCMAINS, #285942 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2012; that at their request, on February 1, 2023, their name was changed to ALANA LEE MCMAINS on the records of the State Bar of California; that they have been since the date of admission, and are at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Lea Randrup
Custodian of Records