Ashlee B. Hesman, Bar No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
AHesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| G.G. an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.; CORECIVIC OF TENNESSEE, LLC; SETH BLOODWORTH, an individual, and DOES 1 through 10; ROE Corporations 11 through 20; ABC Limited Liability Companies 21-30, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00275-RFB-EJY<br><br>**STIPULATION TO EXTEND CORECIVIC DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to this Court's May 10, 2025 Order (Dkt. 17) Plaintiff G.G., and Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC ("CoreCivic Defendants") (collectively, the "Parties"), and for the reasons detailed in CoreCivic Defendants' Motion (Dkt. 16), the Parties stipulate to extend the deadline for CoreCivic Defendants to respond to Plaintiff's Complaint from May 12 to May 19, 2025.

1  DATED this 12th day of May 2025.

2                                         STRUCK LOVE ACEDO, PLC

3
                                          By /s/ Ashlee B. Hesman
4                                            Ashlee B. Hesman
                                             3100 West Ray Road, Suite 300
5                                            Chandler, Arizona 85226
                                             AHesman@strucklove.com
6
                                             Gina G. Winspear
7                                            DENNETT WINSPEAR
                                             3301 North Buffalo Dr., Suite 195
8                                            Las Vegas, NV 89129
                                             GWinspear@dennettwinspear.com
9
                                             *Attorneys for Defendants CoreCivic, Inc.,*
10                                           *CoreCivic of Tennessee, LLC*

11
                                          CHRISTIAN MORRIS TRIAL ATTORNEYS
12

13                                        By /s/ Sarah E. DiSalvo (w/permission)
                                             Christian M. Morris
14                                           Sarah E. DiSalvo
                                             2250 Corporate Circle, Suite 390
15                                           Henderson, NV 89074
                                             christian@cmtrialattorneys.com
16                                           Sarah@cmtrialattorneys.com

17                                           Alana L. McMains
                                             McMains Law, APC
18                                           402 W. Broadway, Suite 400
                                             San Diego, CA 92101
19                                           alana@mcmainslaw.com

20                                           *Attorneys for Plaintiff*

21

22

23

24                                        **IT IS SO ORDERED:**

25                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
26

27                                        DATED: May 12, 2025

28

                                              2