**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
HARVEY GRUBER, ESQ.
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
bondsk@hallevans.com
gruberh@hallevans.com
nvefile@hallevans.com
*Attorneys for Defendant*
*SETH BLOODWORTH*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| G.G., an individual,<br><br>        Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.; CORECIVIC OF TENNESSEE, LLC; SETH BLOODWORTH, an individual; and DOES 1 through 10; ROE CORPORATIONS 11 through 10; ABC LIMITED LIABILITY COMPANIES 21-30, inclusive,<br><br>        Defendants. | CASE NO.:  2:25-cv-00275-RFB-EJY |

**ANSWER TO COMPLAINT**

COMES NOW, Defendant, SETH BLOODWORTH by and through his attorneys of record, HALL & EVANS, LLC, and answers Plaintiff's Complaint on file herein as follows:

**PARTIES**

1.      This answering Defendant states that he does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in Paragraphs

KRB/11090-818

1, 2, 3, 4, 7 and 8 of Plaintiff's Complaint and upon said ground denies each and every allegation contained therein.

2.      This answering Defendant denies those allegations contained in Paragraphs 5, 6 and 9 of Plaintiff's Complaint.

## STATEMENT OF JURISDICTION AND VENUE

3.      This answering Defendant states that he does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in Paragraphs 10, 11, 12, 13, 14 and 15 of Plaintiff's Complaint and upon said ground denies each and every allegation contained therein.

4.      This answering Defendant denies those allegations contained in Paragraph 16 of Plaintiff's Complaint.

## EXHAUSTION

5.      This answering Defendant states that he does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and upon said ground denies each and every allegation contained therein.

## GENERAL ALLEGATIONS

6.      This answering Defendant states that he does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in Paragraphs 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 29, 47 and 55 of Plaintiff's Complaint and upon said ground denies each and every allegation contained therein.

7.      This answering Defendant denies those allegations contained in Paragraphs 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 48, 49, 50, 51, 52, 53, 54, 56, 57, 58 and 59 of Plaintiff's Complaint.

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/11090-818

8.    This answering Defendant admits those allegations contained in Paragraph 28 of Plaintiff's Complaint.

**I.**
**FIRST CAUSE OF ACTION**
**(Negligence Against All Defendants)**

9.    This answering Defendant repeats and realleges its answers to each and every allegation contained above as if set forth at length herein.

10.    This answering Defendant denies those allegations contained in Paragraphs 65, 66, 67, 68, 69, 70, 71, 46, 76, 77, 78, 81, 82, 84, 85, 86, 87, 89, 90, 91, 92, 93 and 94 of Plaintiff's Complaint.

11.    This answering Defendant states that he does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in Paragraphs 61, 62, 63, 64, 72, 73, 74, 75, 79, 80, 83 and 88 of Plaintiff's Complaint and upon said ground denies each and every allegation contained therein.

**II.**
**SECOND CAUSE OF ACTION**
**(Negligent Hiring, Training, Supervision and Retention Against the CoreCivic Defendants and Does/Roe Corporations/ABC Limited Liability Companies Defendants)**

12.    This answering Defendant repeats and realleges its answers to each and every allegation contained above as if set forth at length herein.

13.    This answering Defendant denies those allegations contained in Paragraphs 98, 99, 103, 104, 105, 106, 107, 108, 109, 110, 111 and 112 of Plaintiff's Complaint.

14.    This answering Defendant states that he does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in Paragraphs 96, 97, 100, 101 and 102 of Plaintiff's Complaint and upon said ground denies each and every allegation contained therein.

///

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/11090-818

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

### III.
### THIRD CAUSE OF ACTION
**(Assault Against All Defendants)**

15.    This answering Defendant repeats and realleges its answers to each and every allegation contained above as if set forth at length herein.

16.    This answering Defendant denies those allegations contained in Paragraphs 114, 115, 117, 118, 119, 120, 121, 122, 123, 124 and 125 of Plaintiff's Complaint.

17.    This answering Defendant states that he does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in Paragraph 116 of Plaintiff's Complaint and upon said ground denies each and every allegation contained therein.

### IV.
### FOURTH CAUSE OF ACTION
**(Battery Against All Defendants)**

18.    This answering Defendant repeats and realleges its answers to each and every allegation contained above as if set forth at length herein.

19.    This answering Defendant denies those allegations contained in Paragraphs 127, 128, 129, 130, 132, 133, 134, 135, 136, 137, 138, 139 and 140 of Plaintiff's Complaint.

20.    This answering Defendant states that he does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in Paragraph 131 of Plaintiff's Complaint and upon said ground denies each and every allegation contained therein.

### V.
### FIFTH CAUSE OF ACTION
**(Negligent Infliction of Emotional Distress Against All Defendants)**

21.    This answering Defendant repeats and realleges its answers to each and every allegation contained above as if set forth at length herein.

22.    This answering Defendant denies those allegations contained in Paragraphs 143, 144, 145, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157 and 158 of Plaintiff's Complaint.

23.    This answering Defendant states that he does not have sufficient knowledge or information upon which to base a belief as to the truth of the allegations contained in Paragraphs 142 and 146 of Plaintiff's Complaint and upon said ground denies each and every allegation contained therein.

## VI.
## SIXTH CAUSE OF ACTION
### (Intentional Infliction of Emotional Distress Against All Defendants)

24.    This answering Defendant repeats and realleges its answers to each and every allegation contained above as if set forth at length herein.

25.    This answering Defendant denies those allegations contained in Paragraphs 160, 161, 162, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173 and 174 of Plaintiff's Complaint.

## VII.
## SEVENTH CAUSE OF ACTION
### (False Imprisonment Against All Defendants)

26.    This answering Defendant repeats and realleges its answers to each and every allegation contained above as if set forth at length herein.

27.    This answering Defendant denies those allegations contained in Paragraphs 176, 177, 178, 179, 180, 181, 182, 183, 184, 185, 186, 187, 188, 189, 190, 191 and 192 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The incident alleged in the Complaint, and the resulting damage, if any, to Plaintiff, was proximately caused or contributed to by the Plaintiff's own negligence, and such negligence was greater than the negligence, if any, of this Defendant.

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/11090-818

**SECOND AFFIRMATIVE DEFENSE**

Defendant alleges that the occurrence referred to in the Complaint, and all injuries and damages, if any, resulting therefrom, were caused by the acts or omissions of a third party or parties over whom this Defendant has no control.

**THIRD AFFIRMATIVE DEFENSE**

All risks and dangers involved in the factual situation described in the Complaint were open, obvious and known to Plaintiff, and said Plaintiff voluntarily assumed said risks and dangers.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's Complaint on file herein fails to state a claim against this Defendant upon which relief can be granted.

**FIFTH AFFIRMATIVE DEFENSE**

Defendant alleges that recovery of unlimited punitive or exemplary damages is barred because N.R.S. Chapter 42, as amended, denies this Defendant equal protection of the law under Article Four, Section Twenty of the Nevada Constitution, and the Fourteenth Amendment to the United States Constitution.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant alleges that any award of punitive or exemplary damages in this action is barred as excessive, as the product of bias or passion and/or by proceedings lacking sufficient guidelines and/or the basic elements of fundamental fairness, under the Due Process Clause of the Fourteenth Amendment to the United States Constitution, and Article One, Section Eight, of the Nevada Constitution.

///

///

6                                        KRB/11090-818

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to plead any acts or omissions of Defendant sufficient to warrant consideration of exemplary or punitive damages.

**EIGHTH AFFIRMATIVE DEFENSE**

Pursuant to N.R.C.P. 11, as amended, all possible affirmative defenses may not have been alleged herein, insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend his Answer to allege additional affirmative defenses if subsequent investigation warrants.

**NINTH AFFIRMATIVE DEFENSE**

As a separate defense and in the alternative, Defendant alleges that Plaintiff's Complaint fails to state a claim upon which relief can be granted.

**TENTH AFFIRMATIVE DEFENSE**

As a separate defense and in the alternative, Defendant alleges that part or all of Plaintiff's claims are barred by the statute of limitations.

**ELEVENTH AFFIRMATIVE DEFENSE**

As a separate defense and in the alternative, Defendant alleges its actions did not violate the state, federal or constitutional rights of Plaintiff.

**TWELFTH AFFIRMATIVE DEFENSE**

As a separate defense and in the alternative, Defendant alleges it is entitled to all privileges and immunities existing under Nevada and federal law.

**THIRTEENTH AFFIRMATIVE DEFENSE**

As a separate defense and in the alternative, Defendant alleges that he was not negligent and did not breach any duty owed. *See Clark Cnty. Schy. Dist. V. Payo,* 403 P.3d 1270, 1279 (Nev. 2017).

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

## FOURTEENTH AFFIRMATIVE DEFENSE

As a separate defense and in the alternative, Defendant alleges that he did not violate the applicable standard of care.

## FIFTEENTH AFFIRMATIVE DEFENSE

As a separate defense and in the alternative, Defendant alleges that his conduct did not cause Plaintiff's alleged injuries.

## SIXTEENTH AFFIRMATIVE DEFENSE

As a separate defense and in the alternative, Defendant alleges that his actions or inactions alleged were not the proximate cause of any injuries, losses and/or damages to Plaintiff, thereby barring recovery.

## SEVENTEENTH AFFIRMATIVE DEFENSE

As a separate defense and in the alternative, Defendant alleges that Plaintiff's injuries were proximately caused by an independent intervening or superseding cause for which they are not liable.

## EIGHTEENTH AFFIRMATIVE DEFENSE

As a separate defense and in the alternative, Defendant alleges that  any acts or omissions by him were not a substantial factor in causing Plaintiff's alleged injuries.

## NINETEENTH AFFIRMATIVE DEFENSE

As a separate defense and in the alternative, Defendants allege that Plaintiff's injuries, if any, were caused by a third party over whom Defendant had no control.

## TWENTIETH AFFIRMATIVE DEFENSE

As a separate defense and in the alternative, Defendant alleges that he acted in good faith and in a reasonable manner given the information and circumstances existing at the time.

///

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

As a separate defense and in the alternative, Plaintiff is precluded from recovering punitive damages because of their failure to adequately plead any claim. *See Garcia v. Nev. Prop. 1, LLC,* 2015 WL 67019, at *4 (D. Haw. Jan. 6, 2015).

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

As a separate defense and in the alternative, Defendant did not act with oppression, fraud or malice. Nev. Rev. Stat. §§ 42.005, 42.007(c).

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1.    That Plaintiff take nothing by way of their Complaint on file herein;

2.    For reasonable attorney's fees and their costs of suit incurred herein; and

3.    Such other and further relief as the Court may deem just and proper.

DATED this 14th day of May, 2025.

HALL & EVANS, LLC

*/s/Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
HARVEY GRUBER, ESQ.
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
bondsk@hallevans.com
gruberh@hallevans.com
nvefile@hallevans.com
Attorneys for Defendant
SETH BLOODWORTH

///

///

///

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

KRB/11090-818

**CERTIFICATE OF SERVICE VIA CM/ECF**

I certify that on the 14th day of May, 2025, service of the above and foregoing **ANSWER TO COMPLAINT** was made by electronically filing and/or via email by serving a true and correct copy of the same to each party addressed as follows:

Christian M. Morris, Esq.
Sarah E. DiSalvo, Esq.
CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, NV 89074
*Attorneys for Plaintiff*

*/s/Antonia Di Dio*_____
An Employee of HALL & EVANS, LLC

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

10                                    KRB/11090-818