Ashlee B. Hesman, Bar No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
AHesman@strucklove.com

Gina G. Winspear
Nevada Bar No. 005552
DENNETT WINSPEAR, LLP
3301 North Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Tel.: (702) 839-1100
Fax: (702) 839-1113
GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc.,
CoreCivic of Tennessee, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| G.G. an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.; CORECIVIC OF TENNESSEE, LLC; SETH BLOODWORTH, an individual, and DOES 1 through 10; ROE Corporations 11 through 20; ABC Limited Liability Companies 21-30, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00275-RFB-EJY<br><br>**STIPULATION TO EXTEND CORECIVIC DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Due to conflicting deadlines in other matters, travel schedules, and family illnesses, pursuant to LR IA 6-1, counsel for CoreCivic Defendants respectfully requests a one-week extension of time from June 9 to June 16, 2025 to file CoreCivic Defendants' Reply in support of their Motion to Dismiss. Prior to filing this request, undersigned counsel consulted with Plaintiff's counsel who stipulated to this extension request. As such, the parties request that the Court grant this stipulation and extend the deadline for CoreCivic Defendants to file their Reply to June 16, 2025.

DATED this 6th day of June 2025.

STRUCK LOVE ACEDO, PLC

By /s/ Ashlee B. Hesman
Ashlee B. Hesman
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
AHesman@strucklove.com

Gina G. Winspear
DENNETT WINSPEAR
3301 North Buffalo Dr., Suite 195
Las Vegas, NV 89129
GWinspear@dennettwinspear.com

*Attorneys for Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC*

CHRISTIAN MORRIS TRIAL ATTORNEYS

By /s/ Sarah E. DiSalvo (w/permission)
Christian M. Morris
Sarah E. DiSalvo
2250 Corporate Circle, Suite 390
Henderson, NV 89074
christian@cmtrialattorneys.com
Sarah@cmtrialattorneys.com

Alana L. McMains
McMains Law, APC
402 W. Broadway, Suite 400
San Diego, CA 92101
alana@mcmainslaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

**DATED** this 9th day of June, 2026.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Christian M. Morris | christian@cmtrialattorneys.com |
| Sarah E. DiSalvo | jamie@cmtrialattorneys.com |
| Alana L. McMains | alana@mcmainslaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ E. Percevecz