Ashlee B. Hesman, Bar No. 012740
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
AHesman@strucklove.com

JAMES E. HARPER
Nevada Bar No. 9822
HARPER | SELIM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax: (702) 778-6600
Email: eservice@harperselim.com

*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| G.G. an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.; CORECIVIC OF TENNESSEE, LLC; SETH BLOODWORTH, an individual, and DOES 1 through 10; ROE Corporations 11 through 20; ABC Limited Liability Companies 21-30, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00275-RFB-EJY<br><br>**STIPULATION FOR SUBSTITUTION OF LOCAL COUNSEL** |

Pursuant to LR IA 11-6(c), Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC ("Defendants"), withdrawing counsel of record, Gina G. Winspear, and newly appearing counsel, James E. Harper, stipulate to Ms. Winspear's withdrawal and Mr. Harper's substitution as local counsel for CoreCivic Defendants. Ashlee B. Hesman of Struck Love Acedo, PLC shall continue as counsel for Defendants.

/ / /

**CLIENT CONSENT**

CoreCivic Defendants consent to the substitution of Mr. Harper as local counsel in this action.

By _____
Tom Shaw, Assistant General Counsel, on behalf of CoreCivic Defendants

DATED this 6th day of August 2025.

STRUCK LOVE ACEDO, PLC

By /s/ Ashlee B. Hesman
    Ashlee B. Hesman
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226
    AHesman@strucklove.com

*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC*

By /s/ James E. Harper (*with permission*)
    James E. Harper
    1935 Village Center Circle
    Las Vegas, Nevada 89134
    eservice@harperselim.com

*Newly Appearing Attorney for Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC*

By /s/ Gina G. Winspear (*with permission*)
    Gina G. Winspear
    DENNETT WINSPEAR
    3301 North Buffalo Drive, Suite 195
    Las Vegas, Nevada 89129
    GWinspear@dennettwinspear.com

*Withdrawing Attorney for Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 7, 2025

3