Ashlee B. Hesman, Bar No. 012740
Madison N. Schimek, *Pro Hac Vice*
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
AHesman@strucklove.com
mschimek@strucklove.com

JAMES E. HARPER
Nevada Bar No. 9822
HARPER WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax: (702) 778-6600
Email: eservice@harperwixom.com

*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| G.G. an individual,<br><br>Plaintiff,<br><br>v.<br><br>CORECIVIC, INC.; CORECIVIC OF TENNESSEE, LLC; SETH BLOODWORTH, an individual, and DOES 1 through 10; ROE Corporations 11 through 20; ABC Limited Liability Companies 21-30, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00275-RFB-EJY<br><br>**STIPULATION TO EXTEND CORECIVIC DEFENDANTS' DEADLINE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO COMPEL DISCOVERY**<br><br>**(First Request)** |

Due to conflicting deadlines in other matters, pursuant to LR IA 6-1, counsel for CoreCivic Defendants respectfully requests a one-week extension of time from August 25 to September 1, 2026 to file CoreCivic Defendants' Reply in support of their Motion to Compel Discovery. Prior to filing this request, undersigned counsel consulted with Plaintiff's counsel who stipulated to this extension request. As such, the parties request that the Court grant this stipulation and extend the deadline for CoreCivic Defendants to file their Reply to September 1, 2026.

DATED this 21st day of August 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Ashlee B. Hesman

Ashlee B. Hesman
Madison N. Schimek, *Pro Hac Vice*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
AHesman@strucklove.com
mschimek@strucklove.com

James E. Harper
HARPER WIXOM
NEVADA BAR NO. 9822
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC*

CHRISTIAN MORRIS TRIAL ATTORNEYS

By /s/ Sarah E. DiSalvo (w/permission)

Christian M. Morris
Sarah E. DiSalvo
2250 Corporate Circle, Suite 390
Henderson, NV 89074
christian@cmtrialattorneys.com
Sarah@cmtrialattorneys.com

Alana L. McMains
McMains Law, APC
402 W. Broadway, Suite 400
San Diego, CA 92101
alana@mcmainslaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: August 21, 2026