Ashlee B. Hesman, Bar No. 012740
Madison N. Schimek, *Pro Hac Vice*
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
Fax: (480) 420-1695
AHesman@strucklove.com
mschimek@strucklove.com

JAMES E. HARPER
Nevada Bar No. 9822
HARPER WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax: (702) 778-6600
Email: eservice@harperwixom.com

*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

G.G. an individual,

Plaintiff,

v.

CORECIVIC, INC.; CORECIVIC OF TENNESSEE, LLC; SETH BLOODWORTH, an individual, and DOES 1 through 10; ROE Corporations 11 through 20; ABC Limited Liability Companies 21-30, inclusive,

Defendants.

Case No. 2:25-cv-00275-RFB-EJY

**STIPULATION TO EXTEND CORECIVIC'S DEADLINE TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS REGARDING PRIOR INCIDENTS**

**(First Request)**

Pursuant to LR IA 6-1, counsel for CoreCivic Defendants respectfully requests a ten-day extension of time from August 24 to September 3, 2026 to file CoreCivic's Response to Plaintiff's Motion to Compel Production of Documents Regarding Prior Incidents (Dkt. 53). Counsel for the parties continue to engage in the conferral process regarding the discovery request at issue in Plaintiff's Motion to Compel. Prior to filing this request, undersigned counsel consulted with Plaintiff's counsel who stipulated to this extension request. As such, the parties request that the Court grant this stipulation and extend the deadline for CoreCivic's

response to Plaintiff's Motion to Compel (Dkt. 53) to September 3, 2026.

DATED this 24th day of August 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Ashlee B. Hesman

Ashlee B. Hesman
Madison N. Schimek, *Pro Hac Vice*
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
AHesman@strucklove.com
mschimek@strucklove.com

James E. Harper
HARPER WIXOM
NEVADA BAR NO. 9822
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NV 89134

*Attorneys for Defendants CoreCivic, Inc. and CoreCivic of Tennessee, LLC*

CHRISTIAN MORRIS TRIAL ATTORNEYS

By /s/ Sarah E. DiSalvo (w/permission)

Christian M. Morris
Sarah E. DiSalvo
2250 Corporate Circle, Suite 390
Henderson, NV 89074
christian@cmtrialattorneys.com
Sarah@cmtrialattorneys.com

Alana L. McMains
McMains Law, APC
402 W. Broadway, Suite 400
San Diego, CA 92101
alana@mcmainslaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED.

[signature]

U.S. Magistrate Judge

Dated: August 24, 2026